FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT 2007 APR 2b P 2: 09
DISTRICT OF UTAH, CENTRAL DIVISION

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

| | |
|---|---|
| WAYNE CRAWFORD, | **ORDER DISMISSING CASE** |
| Plaintiff, | |
| v. | |
| USDA FOREST SERVICE, | Civil No. 2:07-CV-146 |
| Defendant. | |

On March 9, 2007, Wayne Crawford filed a complaint against the USDA Forest Service seeking an order from this court vesting in him title of an R.S. 2477 right-of-way known as the Cardiff Fork Road.  Mr. Crawford attempts to bring his action pursuant to the Federal Quiet Title Act.[1]  However, Mr. Crawford cannot state a claim under the QTA because he, as a private party and a member of the public, cannot assert title in an R.S. 2477 right-of-way.[2]  This prohibition was fully explained to Mr. Crawford in the Amended Report and Recommendation adopted by the court in Mr. Crawford's prior case dealing with this issue.[3]  Accordingly, the court dismisses

_____

[1] 28 U.S.C. 1346(f), 2409a.

[2] See *Sw. Four Wheel Drive Ass'n v. Bureau of Land Mgmt.*, 363 F.3d 1069 (10th Cir. 2004); *Kinscherff v. United States*, 586 F.2d 159 (10th Cir. 1978); *Utah State Dep't of Soc. Servs. v. Santiago*, 590 P.2d 335 (Utah 1979).

[3] See Amended Report and Recommendation 19-32, *Crawford et al. v. Salt Lake County, et al.*, case no. 2:06-CV-106 (Docket No. 43).

this case for the reasons provided for in the Amended Report and Recommendation.[4]  The

Clerk's Office is directed to close this case.

      SO ORDERED.

      DATED this 26th day of April, 2006.

BY THE COURT:

_____

Paul G. Cassell,
United States District Judge

---

    [4] A copy of the Amended Report and Recommendation from *Crawford et al. v. Salt Lake County, et al.* is attached to this Order.